JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 866 -- In re Purcell Bronson Prisoner Rights Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/10/04 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-3) -- Filed by pltf. Purcell Bronson -- SUGGESTED TRANSFEREE DISTRICT: A SINGLE DISTRICT; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. -- Notified counsel with copy of motion, brief and counsel of record attached to motion letter (rh) |
| 90/10/11 | | HEARING ORDER -- setting motion for transfer for Panel hearing on November 16, 1990, in Charleston, South Carolina (cdm) |
| 90/10/15 | | APPEARANCES: PURCELL BRONSON, PRO SE; SANDRA W. STONER, ESQ. for Margarett Moore; Joseph Mazurkiewicz; C. O. Kunes; C. O. Mowery; C.O. Hill; CLAUDIA M. TESORO, ESQ. for Charles Zimmerman; Francis Ewing; Creighton Caison, Timothy Wilson; Martin Earhart; and Joseph Roche (rh) |
| 90/10/23 | 2 | RESPONSE -- (to pldg. #1) Defts. Charles Zimmerman; Francis Ewing; Creighton Caison; Timothy Wilson; Martin Earhart; Joseph Roche; Joseph Mazurkiewicz; Margaret Moore; Dennis R. Mowery; Michael W. Kunes and Merrill L. Hill -- w/Exhibits A - I and cert. of svc. (received 10/23/90) (rh) |
| 90/11/16 | | WAIVERS OF ORAL ARGUMENT -- (For hearing in Sioux Falls, South Dakota on 11/16/90) ALL WAIVE (rh) |
| 90/11/20 | | ORDER DENYING TRANSFER OF LITIGATION -- notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 866 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PURCELL BRONSON PRISONER RIGHTS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Nov. 16, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Nov. 20, 1990 | MO | | | | |

Special Transferee Information

DATE CLOSED: November 20, 1990

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 866 -- IN RE PURCELL BRONSON PRISONER RIGHTS LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Purcell Bronson v. Charles Zimmerman, et al. | Pa.,W. Bloch (Mag. Mitchell) | 90-1235 | | | | Denied 11/20/90 |
| A-2 | Purcell Bronson v. Charles Zimmerman, et al. | Pa.,M. Rambo (Mag. Smyser) | 90-CV-1328 | | | | Denied 11/20/90 |
| A-3 | Purcell Bronson v. ~~Charles Zimmerman, et al.~~ Captain Caison, et al. | Pa,E. Fullam | 89-7845 | | | | Denied 11/20/90 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 866 -- In re Purcell Bronson Prisoner Rights Litigation

| | |
|---|---|
| PURCELL BRONSON (A-1 - A-3)<br>Purcell Bronson<br>AF8163<br>SCI-Pittsburgh<br>P.O. Box 99901<br>Pittsburgh, Pennsylvnia  15233 | C. O. HILL<br>C. O. KUNES<br>C. O. MOWREY<br>MARGARETT MOORE<br>JOSEPH MAZURKIEWICZ<br>Sandra W. Stoner, Esq.<br>Deputy Attorney General<br>Office of Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, Pennsylvania  17120<br><br>CAPTAIN CREIGHTON CAISON<br>SGT. MARTIN ERHART<br>FRANCIS F. EWING<br>SGT. JOSEPH ROCHE<br>CO. TIMOTHY WILSON<br>CHARLES ZIMMERMAN, SCI<br>Claudia M. Tesoro, Esq.<br>Deputy Attorney General<br>206 State Office Building<br>Philadelphia, Pennsylvania  19130<br><br>AGT BRAUGINGHAM<br>CO. BROOME<br>CO. FRYE<br>CP GRAHAM<br>LT. MCFETRIDGE<br>SGT. NORRIS<br>GREORGE PETSOCK<br>CO. TEXTER          (No App. Rec'd)<br>Donald P. Minahan, Esq.<br>State Attorney General<br>Chief Deputy Attorney General<br>4th Floor, Manor Complex<br>564 Forbes Avenue<br>Pittsburgh, Pennsylvania  15219 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 866 -- IN RE PURCELL BRONSON PRISONER RIGHTS LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Charles Zimmerman | A-1  A-2  A-3 Dis 2/23/90 |
| Margnett Moore | A-1  A-2  A-3 Dis 2/23/90 |
| Joseph Mazurkiewicz | A-1  A-2  A-3 11/9/89 Dis |
| George Petsock | A-1  A-2  A-3 Dis 11/29/89 |
| Francis F. Ewing | A-1  A-2  A-3 11/9/89 Dis |
| CO. Hill | A-1  A-2  A-3 11/9/89 Dis |
| Francis F CO Kunes | A-1  A-2  A-3 11/9/89 Dis |
| CO. Mowery | A-1  A-2  A-3 11/9/89 Dis |
| Captain Caison | A-1  A-2  A-3 |
| CO Texter | A-1  A-2  A-3 2/4/90 Dis |
| SGT Norris | A-1  A-2  A-3 11/29/89 Dis |

p. 2

| Name | Entries |
|---|---|
| CO Broome | A-1   A-2   (A-3 /89) D 11/9/89 |
| SGT Braugingham | A-1   A-2   (A-3) D 4/29/89 |
| CO Wilson | A-1   A-2   A-3 |
| LT McFetridge | A-1   A-2   (A-3) D 11/29/89 |
| SGT Erhart | A-1   A-2   A-3 |
| SGT Roche | A-1   A-2   A-3 |
| CO Frye | A-1   A-2   (A-3/89) D 11/29/89 |
| CO Graham | A-1   A-2   (A-3/89) D 11/29/89 |
|  |  |
|  |  |