JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 20 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 866

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PURCELL BRONSON PRISONER RIGHTS LITIGATION

BEFORE JOHN F. NANGLE, CHAIRMAN, ROBERT H. SCHNACKE,* FRED DAUGHERTY, S. HUGH DILLIN, MILTON POLLACK,* LOUIS H. POLLAK and HALBERT O. WOODWARD, JUDGES OF THE PANEL

ORDER DENYING TRANSFER

    This litigation consists of three actions pending in three adjacent federal districts:  one action each in the Eastern District of Pennsylvania, Middle District of Pennsylvania and Western District of Pennsylvania.  Before the Panel is a motion by plaintiff Purcell Bronson, an inmate in the Pennsylvania State Penal System, to centralize these actions in one district for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.  Defendants in the Eastern and Middle Pennsylvania actions oppose the motion.

    On the basis of the papers filed,1/ we find that common questions of fact among the actions do not predominate over unique questions of fact in each action.  We also find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation.  Although we recognize that these actions involve claims by one prison inmate against various prison officials, we note that the times, places, surrounding circumstances and potential witnesses in each incident have little in common.  We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings relating to any common matters.  See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978).  See also Manual for Complex Litigation, Second, §31.13 (1985).

    IT IS THEREFORE ORDERED that the motion for transfer of the actions on the attached Schedule A, pursuant to 28 U.S.C. §1407, be, and the same hereby is, DENIED.

FOR THE PANEL:

John F. Nangle
Chairman

---

\*   Judges Schnacke and Pollack took no part in the decision of this matter.

1/   The parties waived oral argument and accordingly the question of transfer of the actions under Section 1407 was submitted on the briefs.  Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

Schedule A

Western District of Pennsylvania

Purcell Bronson v. Charles Zimmerman, et al.,
C.A. No. 90-1235

Middle District of Pennsylvania

Purcell Bronson v. Charles Zimmerman, et al.,
C.A. No. 90-CV-1328

Eastern District of Pennsylvania

Purcell Bronson v. Captain Caison, et al.,
C.A. No. 89-7845